**No. 10-8606. Victor Lavone Lewis, Petitioner v. United States.**

563 U.S. 907, 131 S. Ct. 1790, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2512.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 625 F.3d 1224.